FILED

07 AUG 15 PM 4:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS GUILLERMO ESPARZA, <br><br> Defendant. | Criminal Case 06cr 2482-BEN <br><br> ORDER <br> TO EXONERATE <br> BOND OF A MATERIAL WITNESS <br> AND REFUND DEPOSIT TO SURETY <br><br> MATERIAL WITNESS: <br> BENITA BELLO-RODRIGUEZ |

## ORDER

IT IS ORDERED that bond posed with this Court and deposited with the Clerk of the Court to secure the presence of material witness BENITA BELLO-RODRIGUEZ, shall be exonerated and the $500.00 deposited with the Clerk Cashier be returned to the surety:

MS. SALLY RAMIREZ
2340-F Greenbriar Drive
Chula Vista CA 91915

DATED: 8/15/07

_____
United States Judge